IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA GRAVELINE and MARK GRAVELINE, <br><br> Plaintiffs, <br><br> v. <br><br> SELECT COMFORT RETAIL CORPORATION, a Minnesota Corporation; and DOES 1 through 100, inclusive, <br><br> Defendants. | 2:11-cv-1214-GEB-KJN <br><br> <u>ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT</u> |

Plaintiffs seek leave to amend their complaint under Federal Rule of Civil Procedure 15(a)(2). Plaintiffs argue leave should be granted because the "current operative complaint was drafted for state court proceedings prior to removal, . . . [and] the amended pleading addresses issues raised by Defendant's pending Motion to Dismiss the Complaint," and "additional information and changed circumstances have come to light since the filing of the original pleading." (Pls.' Mot. for Leave to Am. 1:8-13.) Defendant opposes the motion, arguing amendment would be futile. (Def.'s Opp'n to Pls.' Mot. 1:18-21.)

However, "[a]s [the Ninth] [C]ircuit and others have held, it is the consideration of prejudice to the opposing party that carries the greatest weight." <u>Eminence Capital LLC v. Aspeon, Inc.</u>, 316 F.3d 1048, 1052 (9th Cir. 2003). Furthermore, "[a]bsent prejudice, or a strong

showing of any of the remaining <u>Foman</u> factors, there exists a presumption under Rule 15(a) in favor of granting leave to amend." <u>Id.</u> Therefore, Plaintiffs' motion for leave to amend is granted. Plaintiffs have three (3) court days from the date on which this order is filed within which to file the First Amended Complaint attached to their motion.

Dated: December 9, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge