IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SANDRA GRAVELINE and MARK GRAVELINE,

        Plaintiffs,

     v.

SELECT COMFORT RETAIL CORPORATION, a Minnesota Corporation; and DOES 1 through 100, inclusive,

        Defendants.

2:11-cv-1214-GEB-KJN

ORDER DENYING MOTION TO DISMISS[*]

On August 1, 2011, Defendant filed an "Amended Motion to Dismiss the Complaint." However, on December 13, 2011 Plaintiffs filed their First Amended Complaint. Since the First Amended Complaint is now the operative pleading, Defendant's August 1, 2011 dismissal motion is denied as moot and the scheduled hearing on the motion is vacated.

Dated: December 14, 2011

                                      _____
                                      GARLAND E. BURRELL, JR.
                                      United States District Judge

---

[*] This matter is deemed suitable for decision without oral argument. E.D. Cal. R. 230(g).

1